UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-cv-00277-FDW-DCK

| | |
|---|---|
| WILLIS TOWERS WATSON SOUTHEAST, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ALLIANT INSURANCE SERVICES, INC.; ANDREW BENNETT; JOHN T. THOMAS; AND JENNIFER BOYERS GULLETT, <br><br> Defendants. | AMENDED NOTICE OF HEARING <br> and <br> ORDER |

TAKE NOTICE that a hearing on the pending Motion for Temporary Restraining Order and Preliminary Injunctive Relief (Doc. No. 3), to the extent it seeks a preliminary injunction, will take place before the undersigned on Thursday, June 30, 2022, at 11:00 a.m. in Courtroom #5B of the Charles R. Jonas Federal Building, 401 W. Trade Street, Charlotte, North Carolina. **Oral arguments and the presentation of any evidence will be limited to thirty (30) minutes per side.**

Additionally, the Court notes that both parties have filed pleadings related to the pending motion in accordance with the page limits contained in the Local Rules for the Western District of North Carolina and not in compliance with the word count limitations contained within this Court's standing orders governing civil cases. See 3:07-mc-47 (Doc. No. 2) (also docketed in this instant case on June 22, 2022). Recognizing the memorandum in support of the motion was filed prior to assignment of the case to the undersigned and in the interests of fairness and judicial efficiency, the Court will consider both pleadings, (Doc. Nos. 4, 8), in their entirety; however, the Court

expects counsel to follow this Court's standing orders—particularly where they supplant the Local Rules—going forward in this case.

IT IS SO ORDERED.

Signed: June 23, 2022

Frank D. Whitney
United States District Judge