IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-277-FDW-DCK

| | |
|---|---|
| WILLIS TOWERS WATSON SOUTHEAST, INC., ) ) Plaintiff, ) ) v. ) ) ALLIANT INSURANCE SERVICES, INC., ) JOHN T. THOMAS, ANDREW BENNETT, ) and JENNIFER BOYERS GULLETT, ) ) Defendants. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) filed by Matthew S. DeAntonio, concerning Mark Nakahara, on June 23, 2022. Mark Nakahara seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 9) is **GRANTED**. Mark Nakahara is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: June 23, 2022

David C. Keesler
United States Magistrate Judge