**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:22-CV-277-FDW-DCK**

| | | |
|---|---|---|
| **WILLIS TOWERS WATSON SOUTHEAST, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **ALLIANT INSURANCE SERVICES, INC., JOHN T. THOMAS, ANDREW BENNETT, and JENNIFER BOYERS GULLETT,** | ) ) ) | |
| | ) | |
| **Defendants**. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) filed by Matthew S. DeAntonio, concerning Scott H. Casher, on June 23, 2022. Scott H. Casher seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 10) is **GRANTED**. Scott H. Casher is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: June 23, 2022

David C. Keesler
United States Magistrate Judge