IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-277-FDW-DCK

| | |
|---|---|
| WILLIS TOWERS WATSON SOUTHEAST, INC., | ) ) ) |
| **Plaintiff,** | ) ) |
| v. | ) **ORDER** ) |
| ALLIANT INSURANCE SERVICES, INC., JOHN T. THOMAS, ANDREW BENNETT, and JENNIFER BOYERS GULLETT, | ) ) ) ) |
| **Defendants**. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) filed by Matthew S. DeAntonio, concerning Sabina Corrado, on June 23, 2022. Sabina Corrado seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 11) is **GRANTED**. Sabina Corrado is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: June 23, 2022

David C. Keesler
United States Magistrate Judge