IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-277-FDW-DCK

| | | |
|---|---|---|
| WILLIS TOWERS WATSON SOUTHEAST, INC., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| ALLIANT INSURANCE SERVICES, INC., JOHN T. THOMAS, ANDREW BENNETT, and JENNIFER BOYERS GULLETT, | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) filed by David E. Stevens, concerning Bryan R. Woll, on June 24, 2022. Bryan R. Woll seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 18) is **GRANTED**. Bryan R. Woll is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: June 24, 2022

David C. Keesler
United States Magistrate Judge