IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-277-FDW-DCK

| | |
|---|---|
| WILLIS TOWERS WATSON SOUTHEAST, INC., <br><br> Plaintiff, <br><br> v. <br><br> ALLIANT INSURANCE SERVICES, INC., JOHN T. THOMAS, ANDREW BENNETT, and JENNIFER BOYERS GULLETT, <br><br> Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 20) filed by David E. Stevens, concerning Timothy J. Stephens, on June 24, 2022. Timothy J. Stephens seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 20) is **GRANTED**. Timothy J. Stephens is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: June 24, 2022

David C. Keesler
United States Magistrate Judge