IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-277-FDW-DCK

| WILLIS TOWERS WATSON SOUTHEAST, INC., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| ALLIANT INSURANCE SERVICES, INC., ANDREW BENNETT, JOHN T. THOMAS, and JENNIFER BOYERS GULLETT, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 44) filed by David E. Stevens, concerning Eric C. Kim, on July 8, 2022. Eric C. Kim seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 44) is **GRANTED**. Eric C. Kim is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: July 8, 2022

David C. Keesler
United States Magistrate Judge