IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:22-CV-00277-FDW-DCK

| | |
|---|---|
| WILLIS TOWERS WATSON SOUTHEAST, INC., ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> ALLIANT INSURANCE SERVICES, INC., ) <br> ANDREW BENNETT, JOHN T. THOMAS, AND ) <br> JENNIFER BOYERS GULLETT, ) <br> ) <br> **Defendant**. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 45) filed by David E. Stevens, concerning Stefanie R. Moll, on July 8, 2022. Stefanie R. Moll seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 45) is **GRANTED**. Stefanie R. Moll is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: July 8, 2022

David C. Keesler
United States Magistrate Judge