UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:22-cv-00277-FDW-DCK

| | |
|---|---|
| WILLIS TOWERS WATSON SOUTHEAST, INC., | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| ALLIANT INSURANCE SERVICES, INC.; ANDREW BENNETT; JOHN T. THOMAS; AND JENNIFER BOYERS GULLETT, | ) |
| Defendants. | ) |

THIS MATTER is before the Court on the "Consent Motion to Temporarily Suspend Part of the Preliminary Injunction Order Against Individual Defendants," (Doc. No. 50), filed on July 20, 2022. For the reasons stated in the motion, it is GRANTED.

Pursuant to the representations of counsel in the motion, to which all parties consent, the parties have entered into a settlement agreement resolving this litigation and seek a temporary suspension of certain terms in the Preliminary Injunction entered in this case. Counsel indicates the "temporary suspension" of those agreed terms is an "interim measure" to occur from entry of this Order until "the effective date of the settlement agreement," which the parties "expect will become fully effective in approximately seven (7) days and . . . will result in the dismissal with prejudice of this litigation." (Doc. No. 50, p. 2). Accordingly, the Court will suspend for seven days the application of only that portion of the Preliminary Injunction identified and agreed to by the parties that precludes the Individual Defendants Thomas, Bennett and Gullett from accepting business from, or performing services for, clients where such clients have transitioned their surety

1

business to Alliant by broker-of-record letter. If the parties' settlement agreement does not become fully effective within seven days, counsel shall file a renewed motion requesting a further extension or indicating whether the temporary suspension should expire.

IT IS THEREFORE ORDERED that the "Consent Motion," (Doc. No. 50), is GRANTED.

IT IS FURTHER ORDERED that for the next seven (7) days from the date of this Order, the Court will temporarily suspend application of that portion of the Court's July 7, 2022, Preliminary Injunction Order, (Doc. No. 43), that otherwise enjoins Individual Defendants Thomas, Bennett, and Gullett from accepting business from, or performing services for, clients where such clients have transitioned their surety business to Alliant by broker-of-record letter.

IT IS FURTHER ORDERED that the remainder of the Preliminary Injection Order remains in effect.

IT IS SO ORDERED.

Signed: July 20, 2022

_____
Frank D. Whitney
United States District Judge

2

Case 3:22-cv-00277-FDW-DCK   Document 51   Filed 07/20/22   Page 2 of 2